# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0398. JEROME MCINTOSH v. THE STATE.**

Jerome McIntosh pled guilty to murder and other crimes and was sentenced to life in prison. He subsequently filed a motion to vacate a void judgment and sentence, which the trial court denied on October 3, 2018. McIntosh filed an application for discretionary appeal from that denial in this Court on March 22, 2019. We lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). The Supreme Court's jurisdiction over murder cases includes appeals form orders resolving post-judgment motions in such cases. See, e.g., *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/09/2019*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*